UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO. 5:08-cr-32-Oc-10GRJ

ROY AGELOFF

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a 4-level reduction in the defendant's offense level, and in support thereof states as follows:

The defendant has provided substantial assistance to the government in the investigation of further criminal activity.

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant Roy Ageloff provided truthful and timely information to the United States which has furthered the investigation of more than one individual.

The United States believes that, because of his efforts on behalf of the United States, Roy Ageloff should receive a 4-level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

        Respectfully submitted,

        A. BRIAN ALBRITTON
        United States Attorney

By:   *s/ Daniel W. Eckhart*
       Daniel W. Eckhart
       Assistant United States Attorney
       Florida Bar No. 0488674
       501 West Church Street, Suite 300
       Orlando, Florida 32805
       Telephone:  (407) 648-7500
       Facsimile:   (407) 648-7643
       E-mail: dan.eckhart@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Daniel Brodersen, Esquire

        *s/ Daniel W. Eckhart*
        Daniel W. Eckhart
        Assistant United States Attorney